**FILED**
MAR 27 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HERMAN CUSTODIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, et al., <br><br> Defendants. | Case No. SACV 11-01770-MLG <br><br> JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: _March 22, 2012_

_____
Audrey B. Collins
Chief United States District Judge